IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01261-ZLW

ANTHONY LYNN HARGRAVES,
    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPT.,
T. LINDVALL, Police Officer #2417,
M. JUHL, Police Officer #1756,
J. CHADBOURNE, Police Officer #1483,
EL PASO COUNTY,
THE COUNTY COMMISSIONERS,
THE CITY OF CO. SPRINGS, COLORADO,
DISTRICT ATTORNEY JEFF ALBRIGHT, and
EL PASO COUNTY DISTRICT ATTORNEY'S OFFICE,
    Defendants.



ORDER DENYING MOTION TO RECONSIDER

Plaintiff, Anthony Lynn Hargraves, filed *pro se* on August 19, 2008, a motion titled "Motion to Reconsider Judgment, and Order of Dismissal" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on July 31, 2008. The Court must construe the motion to reconsider liberally because Mr. Hargraves is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Hargraves' motion to reconsider in this action, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice as barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994). Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Hargraves fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion to Reconsider Judgment, and Order of Dismissal" that Plaintiff, Anthony Lynn Hargraves, filed *pro se* on August 19, 2008, and which the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 28 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01261-BNB

Anthony L. Hargraves
Prisoner No. 106388
Arkansas Valley Corr. Facility
PO Box 1000 _ Unit 3-B
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/28/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk